# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

NATIONWIDE JUDGMENT
RECOVERY, INC.,

    Plaintiff,

v.                                          Case No. 8: 21-mc-00012-TPB-AEP

TERRY DORMAN,

    Defendant.
_____/

## ORDER

This matter comes before the Court upon Plaintiff/Judgment Creditor Nationwide Judgment Recovery Inc.'s Amended Motion to Compel Defendant/Judgment Debtor to Appear for Deposition in Aid of Execution (Doc. 60). A hearing was held on March 26, 2025. For the reasons stated herein, the motion is granted.

A judgment in the amount of $82,294.17 in Plaintiff's favor was entered in the action between the parties on August 14, 2017, in the District Court for the Western District of North Carolina, Charlotte Division, and was subsequently registered in the District Court for the Middle District of Florida on January 20, 2021 (Doc. 1). *See* 28 U.S.C. § 1963. According to Plaintiff, the judgment, plus post-judgment interest, remains unsatisfied. Plaintiff now seeks the deposition of Mr. Dorman but has been unable to secure his appearance. Plaintiff represents that it

has mailed an Amended Notice of Taking Deposition Duces Tecum in Aid of Execution via USPS first class mail to Mr. Dorman's believed address in Bradenton, Florida for which he did not appear (Doc. 58, ¶ 4). Upon order of this Court (Doc. 59), further attempts to contact Mr. Dorman regarding the scheduling of his deposition were made to his believed email addresses and phone numbers (Doc. 60, ¶¶ 9–12). To date, Plaintiff still has not received a response from Mr. Dorman. Accordingly, it is so

ORDERED:

1. Plaintiff/Judgment Creditor Nationwide Judgment Recovery Inc.'s Amended Motion to Compel Defendant/Judgment Debtor to Appear for Deposition in Aid of Execution (Doc. 60) is GRANTED.

2. Terry Dorman is to be served a copy of this Order via a process server.

3. Upon Mr. Dorman's receipt of this Order, Mr. Dorman's deposition is to be completed within 30 days of service of this Order.

4. If Mr. Dorman does not comply with the scheduling of his deposition as set forth in this Order, Plaintiff may seek further relief from this Court to include the award of sanctions against Mr. Dorman.

DONE AND ORDERED in Tampa, Florida, on this 26th day of March 2025.

_____
ANTHONY E. PORCELLI
United States Magistrate Judge

cc: Counsel of Record